# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, | § § § | Case No. 20-10343 (LSS) |
| Debtors. | § § | |
| PONIL RANCH, L.P., | § | |
| Plaintiff, | § § | Adversary No. 21-51185-LSS |
| v. | § | |
| BOY SCOUTS OF AMERICA | § § | |
| Defendant. | § § | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JASON S. BROOKNER

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Jason S. Brookner of Gray Reed to represent Ponil Ranch, L.P. in the above-captioned matter.

Dated: October 22, 2021

/s/ *Thomas M. Horan*
Thomas M. Horan (DE No. 4641)
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
T: (302) 295-2000; Email: thoran@cozen.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Texas, Wisconsin and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: October 22, 2021

/s/ *Jason S. Brookner*
Jason S. Brookner, Esq.
Gray Reed
1601 Elm Street, Ste. 4600
Dallas, TX 75201
Phone: (214) 954-4135; Email: jbrookner@grayreed.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.