IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PONIL RANCH, L.P.,

    Plaintiff,

v.                                                Civ. No. 23-743 MIS/KK

BOY SCOUTS OF AMERICA,

    Defendant.

## ORDER FINDING GOOD CAUSE TO DELAY

Pursuant to Federal Rule of Civil Procedure 16(b)(2), the Court FINDS that there is good cause to delay entering a scheduling order in this matter at this time pending resolution of Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 36), filed September 7, 2023, in which Plaintiff seeks leave to amend its original complaint to add additional claims against Defendant and to join Chase Ranch Foundation as an additional defendant. The Court further notes that Plaintiff has also filed an independent lawsuit against Chase Ranch Foundation in this Court, *i.e.*, *Ponil Ranch, L.P. v. Chase Ranch Foundation*, Civ. No. 23-748 LF/KK (D.N.M. filed Sept. 5, 2023), and that, in its motion to amend, Plaintiff expresses an intent to promptly move the Court to consolidate that case with this one. (*See* Doc. 36 at 3.)

IT IS SO ORDERED.

                                                          _____
                                                          KIRTAN KHALSA
                                                          UNITED STATES MAGISTRATE JUDGE